# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

B.B., AN INDIVIDUAL,

    Plaintiff,

v.

SBP REALTY TRUST INC D/B/A
ECONOLODGE INN & SUITES and KSP,
Inc.,

    Defendants.

CIVIL ACTION NO.: 4:24-CV-40029

## NOTICE OF SETTLEMENT

COMES NOW B.B., by and through her undersigned counsel, and hereby gives notice that all parties reached an amicable settlement of all claims. The parties request the Court allow sixty (60) days for the parties to finalize settlement paperwork.

Dated: January 30, 2026

Respectfully submitted,

*/s/ Randolph Janis, Esq.*
Douglas & London, P.C.
One State Street, 35th Floor
New York, NY 10004
212-566-7500
212-566-7501 (fax)
rjanis@douglasandlondon.com

Matthew J. Fogelman
Fogelman Law LLC
7 Wells Avenue
Suite 23
Newton, MA 02459
617-559-1530
617-505-1540 (fax)
mjf@fogelmanlawfirm.com

***Attorneys for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of records by electronic mail through the United States District Court's CM/ECF Portal on this January 30, 2026, and electronically filed the forgoing with the Massachusetts District Court by using the United States District Courts CM/ECF Portal.

By: */s/ Randolph Janis*